**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELITA MILLARE, | Case No. CV 21-8398 PA (KESx) |
| Plaintiff, | JUDGMENT |
| v. | |
| BANK OF AMERICA, N.A., et al., | |
| Defendants. | |

    In accordance with the Court's April 1, 2022 Order granting the Motion to Dismiss filed by defendants Bank of America, N.A. and Merrill ("Defendants") and dismissing plaintiff Angelita Millare's ("Plaintiff") First Amended Complaint without leave to amend,

    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the action filed by Plaintiff is dismissed with prejudice.

    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and Defendants shall have their costs of suit.

DATED: April 1, 2022

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE